THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRINCIPAL WARRANTY, LLC, d/b/a PRINCIPAL WARRANTY CORP.,<br><br>Defendant. | NO. 2:22-cv-01096- RSL<br><br>(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES<br><br>NOTE ON MOTION CALENDAR:<br>November 18, 2022 |

THIS MATTER, having come before the Court upon Plaintiff's Motion to Strike Affirmative Defenses, and the Court having considered the following:

1. Plaintiff's Motion to Strike Affirmative Defenses;

2. _____

3. _____

4. _____

5. _____

6. _____

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Strike Affirmative Defenses is hereby GRANTED. The Court hereby strikes all of Defendant's affirmative defenses 1 – 9. _____

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES (2:22-cv-01096- RSL) – 1

11271555v.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
1700 7TH AVENUE, SUITE 2100
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1  _____

2  _____

3     SIGNED this _____ day of _____, 2022.

4                                              _____

5                                              THE HONORABLE ROBERT S. LASNIK

Presented by:

6
NEAL & McDEVITT, LLC

7

By: */s/Jeffrey T. Norberg*
8  Jeffrey T. Norberg, pro hac vice admitted
   1776 Ash Street
9  Northfield, IL 60093
   (847) 881-2468 (main)
10 jnorberg@nealmcdevitt.com

11 WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
12
   Ramona N. Hunter, WSBA #31482
13 Hailey K. Delay, WSBA #54887
   1700 7th Avenue, Suite 2100
14 Seattle, WA 98101
   (206) 709-5900 (main)
15 ramona.hunter@wilsonelser.com
   hailey.delay@wilsonelser.com
16
   *Attorneys for Plaintiff Principal Financial Services, Inc.*
17

18

19

20

21

22

23

24

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES (2:22-cv-01096- RSL) – 2

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
1700 7TH AVENUE, SUITE 2100
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

11271555v.1

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM.ECF system which will send notification of such filing to all counsel of record.

DATED this 24th of October, 2022 at Portland, Oregon.

/s/*Jeffrey T. Norberg*
Jeffrey T. Norberg

---

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES (2:22-cv-01096- RSL) – 3

11271555v.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
1700 7TH AVENUE, SUITE 2100
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)