The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRINCIPAL WARRANTY, LLC, d/b/a PRINCIPAL WARRANTY CORP.,<br><br>Defendant. | Case No. 2:22-cv-01096-RSL<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES<br><br>**[PROPOSED]** |

This matter having come before the Court upon Plaintiff's Motion to Strike Affirmative Defenses, and the Court, having reviewed the Motion, the defendant's Response, any Reply, and the pleadings and filings herein, and being fully informed, now rules as follows:

Plaintiff's Motion is DENIED.

DATED this ____ day of _____, 2022.

								_____
								Robert S. Lasnik
								United States District Court Judge

ORDER DENYING MOTION TO STRIKE AFFIRMATIVE
DEFENSES - 1
(Case No. 2:22-cv-01096-RSL)
4863-4730-0926.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1 | Presented by:
2 | s/ *Brian W. Esler*
3 | Brian W. Esler, WSBA No. 22168
  | Elena M. Thompson, WSBA No. 59626
4 | Miller Nash LLP
  | Pier 70, 2801 Alaskan Way, Suite 300
5 | Seattle, WA 98121
  | Telephone: (206) 624-8300
6 | Email: brian.esler@millernash.com
7 |         Attorneys for Defendant

ORDER DENYING MOTION TO STRIKE AFFIRMATIVE
DEFENSES - 2
(Case No. 2:22-cv-01096-RSL)
4863-4730-0926.1

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599