UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES INC,<br><br>Plaintiff,<br><br>v.<br><br>PRINCIPAL WARRANTY LLC,<br><br>Defendant. | CASE NO. C22-1096-KKE<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

This matter came before the Court upon the parties' stipulation for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 33. Accordingly, this matter is DISMISSED without prejudice. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

Dated this 16th day of October, 2023.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1